167 A.3d 659

STATE OF NEW JERSEY, PLAINTIFF, v.
ISAAC A. YOUNG, DEFENDANT.

May 5, 2017

ORDER

It is ORDERED that the motion of the New Jersey Department of Children and Families for leave to appear amicus curiae is granted, limited solely to the filing of the brief that accompanied the motion.